UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) Docket no. 2:91-cr-00071-GZS |
| PETER N. GEORGAGARAKOS, | )<br>)<br>) |
| Defendant. | )<br>) |

**ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE)**

Upon the motion of the Defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the Motion (ECF No. 57) is DENIED after complete review of the motion on the merits.

**Factors Considered:**

This Defendant has been in federal custody since November 16, 1991. By the Court's calculations, he has served approximately 348 months to-date. In this case, he was sentenced to a term of 260 months based on the Judgment, dated July 1, 1992. In the Court's assessment, it appears Defendant long ago completed the service of the sentence imposed in this case. However, Georgacarakos remains detained on a consecutive 360-month sentence imposed in M.D.Pa. Docket No. 4:02-cr-00034-JFN. This later sentence reflects Georgacarakos' conviction for second degree murder of a fellow inmate, a crime that occurred while Georgacarakos was serving the 260-month sentence imposed by this Court. The Court recognizes that these two sentences have been

administratively combined in accordance with 18 U.S.C. § 3584(c).  However, applying the reasoning of United States v. Vaughn, 806 F.3d 640 (1st Cir. 2015) and United States v. Llewlyn, 879 F.3d 1291 (11th Cir. 2018), cert denied, 138 S.Ct. 2585 (2018), both of which found defendants were ineligible for sentence reductions under 18 U.S.C. § 3582(c)(2) for primary offenses when they remained in custody only as a result of secondary consecutive sentences, this Court concludes that any sentence reduction under 18 U.S.C. § 3582(c)(1) based on present "extraordinary and compelling reasons" must be addressed to the court that imposed the sentence Georgacarakos is currently serving.

Alternatively, assuming the merits of Defendant's compassionate release request were properly before this Court, the Court finds on the record presented that Defendant has not established extraordinary and compelling reasons for reasons adequately stated in the Government's Response (ECF No. 59).  See Gov't Response, PageID #s 23-24.

Therefore, the Court declines to reduce the sentence Defendant has already served in this case.

SO ORDERED.

                                                /S/ George Z. Singal  
                                                United States District Judge

Dated this 3rd day of December, 2020.