UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.   )<br>)   No. 2:91-cr-00071-GZS<br>PETER N. GEORGACARAKOS, )<br>)<br>Defendant   )<br>)<br>) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on April 15, 2021, his Recommended Decision (ECF No. 63). Defendant filed his Objection to the Recommended Decision (ECF No. 64) on April 26, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Defendant's Motion for Relief under Rule 60(b), which motion is a second or successive petition pursuant to 28 U.S.C. §2255, is hereby **DISMISSED**.

3. It is **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

/s/George Z. Singal
U.S. District Judge

Dated this 27th day of April, 2021.